

ENTERED
02/22/2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 11-30689
§
§
§
§
Debtor(s). §
                                    #132

### Order for Payment of Unclaimed Funds

Upon the application of __Joseph Culley__,

seeking payment of $ __7,625.47__ representing funds previously unclaimed by

__Joseph Culley__                        __15330 Bammell N. Houston__
__53 Michaels Woods Dr.__                __Apt. #937__
__Hampton, Virginia 23666__              __Houston, Tx. 77014__
__(current address)__                    __(previous address)__

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that __Joseph Culley__ is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $ __7,625.47__ to:

__Joseph Culley__
__53 Michael Woods Dr.__
__Hampton, Virginia 23666__

Signed: February 22, 2017

_____
Karen K. Brown
United States Bankruptcy Judge