UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| In re: | § | Case No. 11-30689-H5-7 |
|---|---|---|
| | § | |
| TENSAS SERVICES, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Allison D. Byman, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the Trustee's control in this case have been properly accounted for as provided by law. The Trustee hereby requests to be discharged from further duties as a Trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,300.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $110,644.57 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $203,017.93 | | |

3) Total gross receipts of $313,662.50 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $313,662.50 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $20,942.20 | $20,942.20 | $0.00 | $0.00 |
| Priority Claims: | | | | |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |
|---|---:|---:|---:|---:|
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $168,763.40 | $168,763.40 | $168,763.40 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $34,254.53 | $34,254.53 | $34,254.53 |
| Priority Unsecured Claims (From **Exhibit 6**) | $449,882.17 | $109,581.88 | $109,581.88 | $96,540.35 |
| General Unsecured Claims (from **Exhibit 7**) | $753,566.45 | $363,498.13 | $286,407.88 | $8,688.16 |
| **Total Disbursements** | $1,224,390.82 | $697,040.14 | $599,007.69 | $308,246.44 |

4).   This case was originally filed under Chapter 11 on 01/25/2011. The case was converted to one under Chapter 7 on 07/23/2012. The case was pending for 57 months.

5).   All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).   An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

| | | |
|---|---|---|
| Dated: <u>04/25/2017</u> | By: | /s/ *Allison D. Byman* |
| | | Allison D. Byman, Trustee |
| | | SBN 24040773 |
| | | Total Plaza |
| | | 1201 Louisiana, 28th Floor |
| | | Houston, Texas  77002 |
| | | (713) 759-0818 Telephone |
| | | (713) 759-6834 Facsimile |
| | | adb@hwa.com |

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Account Receivables (4 City Construction Co., 1113 Haward Ave., Deer Park, TX 77536 $30,374.69; Alief Youth Association, | 1129-000 | $306,000.00 |
| Refund of arbitration fee | 1229-000 | $7,662.50 |
| **TOTAL GROSS RECEIPTS** | | $313,662.50 |

The Uniform Transaction Code is an accounting code assigned by the Trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Dorsett Brothers Concrete | 4110-000 | $4,296.45 | $4,296.45 | $0.00 | $0.00 |
| 23 | Empire Advisors, LLC | 4110-000 | $16,645.75 | $16,645.75 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $20,942.20 | $20,942.20 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allison D. Byman, Trustee | 2100-000 | NA | $18,933.13 | $18,933.13 | $18,933.13 |
| Allison D. Byman, Trustee | 2200-000 | NA | $61.73 | $61.73 | $61.73 |
| International Sureties, Ltd. | 2300-000 | NA | $54.88 | $54.88 | $54.88 |
| Green Bank | 2600-000 | NA | $3,601.22 | $3,601.22 | $3,601.22 |
| United States Trustee | 2950-000 | NA | $1,300.00 | $1,300.00 | $1,300.00 |
| Thompson & Knight, LLP | 2990-000 | NA | $100,980.00 | $100,980.00 | $100,980.00 |
| Attorney for Trustee Fees, Attorney for Trustee | 3210-000 | NA | $2,771.50 | $2,771.50 | $2,771.50 |
| Thompson & Knight, LLP, Attorney for Trustee | 3210-000 | NA | $21,082.22 | $21,082.22 | $21,082.22 |
| Accountant for Trustee Fees, | 3410-000 | NA | $4,885.00 | $4,885.00 | $4,885.00 |

UST Form 101-7-TDR (10/1/2010)

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Accountant for Trustee | | | | | |
| Accountant for Trustee Expenses, Accountant for Trustee | 3420-000 | NA | $93.72 | $93.72 | $93.72 |
| LARRY A. VICK, Attorney for Debtor | 3701-000 | NA | $15,000.00 | $15,000.00 | $15,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $168,763.40 | $168,763.40 | $168,763.40 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Attorney for Trustee Expenses, Attorney for Trustee | 6110-000 | NA | $65.04 | $65.04 | $65.04 |
| Willowbrook Business Center, Admin. Rent (post-petition storage | 6920-000 | NA | $34,189.49 | $34,189.49 | $34,189.49 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $34,254.53 | $34,254.53 | $34,254.53 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Yolanda Cole | 5300-000 | $2,231.74 | $2,592.82 | $2,592.82 | $1,668.48 |
| 8 | Joseph Culley | 5300-000 | $12,528.38 | $11,850.00 | $11,850.00 | $0.00 |
| 10 | Internal Revenue Service | 5800-000 | $57,000.00 | $75,621.13 | $75,621.13 | $75,621.13 |
| 13 | Marie Rushlow | 5300-000 | $1,964.10 | $2,984.00 | $2,984.00 | $1,920.20 |
| 14 | Texas Workforce Commission | 5800-000 | $4,445.21 | $4,445.21 | $4,445.21 | $4,445.21 |
| 16 | Rasamee Teerajaroen | 5300-000 | $3,274.37 | $3,274.37 | $3,274.37 | $2,107.06 |
| 17 | Amon Ponchai | 5300-000 | $4,567.93 | $4,576.93 | $4,576.93 | $2,945.25 |
| 19 | Alfredo Mendoza-Lopez | 5300-000 | $813.00 | $1,420.00 | $1,420.00 | $913.77 |
| | INTERNAL REVENUE SERVICE Federal Withholding (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $4,157.47 |
| | INTERNAL REVENUE SERVICE | 5300-000 | $0.00 | $0.00 | $0.00 | $215.31 |

UST Form 101-7-TDR (10/1/2010)

| Claimant | Uniform Tran. Code | Scheduled | Asserted | Allowed | Paid |
|---|---|---|---|---|---|
| Medicare (Employee) | | | | | |
| INTERNAL REVENUE SERVICE Social Security (Employee) | 5300-000 | $0.00 | $0.00 | $0.00 | $920.58 |
| Diane M. Stevenson-Holt | 5800-000 | $52,260.37 | $0.00 | $0.00 | $0.00 |
| Estate of Tyrone M. Guidry | 5800-000 | $14,462.85 | $0.00 | $0.00 | $0.00 |
| Harris County Tax Assessor/Collector | 5800-000 | $334.51 | $0.00 | $0.00 | $0.00 |
| INTERNAL REVENUE SERVICE Federal Unemployment (Employer) | 5800-000 | $0.00 | $131.09 | $131.09 | $89.09 |
| INTERNAL REVENUE SERVICE Medicare (Employer) | 5800-000 | $0.00 | $387.14 | $387.14 | $215.31 |
| INTERNAL REVENUE SERVICE Social Security (Employer) | 5800-000 | $0.00 | $1,655.28 | $1,655.28 | $920.58 |
| Lloyd Broussard | 5800-000 | $161,175.11 | $0.00 | $0.00 | $0.00 |
| Mark A. Druhet | 5800-000 | $6,855.03 | $0.00 | $0.00 | $0.00 |
| Nelda Garcia | 5800-000 | $775.74 | $0.00 | $0.00 | $0.00 |
| TEXAS EMPLOYMENT COMMISSION State Unemployment (Employer) | 5800-000 | $0.00 | $643.91 | $643.91 | $400.91 |
| Therrow Scott | 5800-000 | $8,748.62 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $331,436.96 | $109,581.88 | $109,581.88 | $96,540.35 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Harris County, et al | 7100-000 | $2,880.00 | $603.46 | $603.46 | $2.30 |
| 2 | Cowboy Trucking | 7100-000 | $2,880.00 | $2,880.00 | $2,880.00 | $10.98 |
| 4 | McCauley Lumber Co | 7100-000 | $16,217.76 | $16,217.76 | $16,217.76 | $61.82 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | City Electric Supply | 7100-000 | $52,782.00 | $57,013.54 | $57,013.54 | $217.34 |
| 7 | Williams Scotsman, Inc | 7100-000 | $338.82 | $603.80 | $603.80 | $0.00 |
| 9 | H & E Equipment Services, Inc | 7100-000 | $1,954.37 | $1,954.37 | $1,954.37 | $0.00 |
| 10a | Internal Revenue Service | 7100-000 | $57,000.00 | $5,704.48 | $5,704.48 | $21.75 |
| 11 | Alfredo Mendoza-Lopez | 7100-000 | $813.00 | $2,324.00 | $0.00 | $0.00 |
| 12 | Southern Crushed Concrete | 7100-000 | $23,428.83 | $23,428.85 | $23,428.85 | $89.31 |
| 15 | Summit Electric Supply Inc | 7100-000 | $5,240.19 | $2,621.97 | $2,621.97 | $10.00 |
| 18 | Pacesetter Personnel Services | 7100-000 | $106,464.38 | $106,464.38 | $106,464.38 | $405.85 |
| 19a | Alfredo Mendoza-Lopez | 7100-000 | $900.00 | $900.00 | $900.00 | $3.43 |
| 20 | Waste Management | 7100-000 | $5,240.19 | $5,878.62 | $5,878.62 | $22.41 |
| 21 | Chartis Inc. | 7100-000 | $4,147.00 | $752.00 | $752.00 | $0.00 |
| 22 | Champion Rentals, Inc | 7100-000 | $54,580.25 | $72,666.25 | $0.00 | $0.00 |
| 23a | Empire Advisors, LLC | 7100-000 | $2,100.00 | $2,100.00 | $0.00 | $0.00 |
| 25 | Dorsett Brothers Concrete | 7100-000 | $4,296.45 | $4,296.45 | $4,296.45 | $16.38 |
| 26 | Empire Advisors, LLC | 7100-000 | $18,976.75 | $18,976.75 | $18,976.75 | $72.34 |
| 27 | Southern Crushed Concrete LLC | 7100-000 | $23,428.83 | $23,428.85 | $23,428.85 | $89.31 |
| 28 | America First Insurance Company | 7100-000 | $8,060.50 | $5,472.29 | $5,472.29 | $20.86 |
| 29 | Southwestern Bell Telephone Company | 7100-000 | $1,522.22 | $1,572.22 | $1,572.22 | $5.99 |
| | Clerk, U.S. Banruptcy Court | 7100-000 | $0.00 | $7,638.09 | $7,638.09 | $7,638.09 |
| | ACT Pipe and Supply | 7100-000 | $1,365.03 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $1,230.34 | $0.00 | $0.00 | $0.00 |
| | Broadview Security | 7100-000 | $229.96 | $0.00 | $0.00 | $0.00 |
| | Diane M. Stevenson-Holt | 7100-000 | $8,654.32 | $0.00 | $0.00 | $0.00 |
| | FedEx | 7100-000 | $721.71 | $0.00 | $0.00 | $0.00 |
| | HD Supply | 7100-000 | $10,360.84 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Waterwork LTD | | | | | |
| Ladner Mechanical LLC | 7100-000 | $12,661.40 | $0.00 | $0.00 | $0.00 |
| Lloyd Broussard | 7100-000 | $14,394.50 | $0.00 | $0.00 | $0.00 |
| Mark A. Druhet | 7100-000 | $165.67 | $0.00 | $0.00 | $0.00 |
| Murff Turf Farm, Inc. | 7100-000 | $9,860.00 | $0.00 | $0.00 | $0.00 |
| Pac-West Telecomm | 7100-000 | $385.20 | $0.00 | $0.00 | $0.00 |
| Pacesetter Personnel Services | 7100-000 | $13,967.83 | $0.00 | $0.00 | $0.00 |
| Personnel Concepts | 7100-000 | $58.70 | $0.00 | $0.00 | $0.00 |
| Reliant Energy | 7100-000 | $1,518.71 | $0.00 | $0.00 | $0.00 |
| South Texas Surveying Association Inc. | 7100-000 | $541.25 | $0.00 | $0.00 | $0.00 |
| Sparkletts and Sierra Springs | 7100-000 | $322.96 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $1,783.74 | $0.00 | $0.00 | $0.00 |
| Sprint | 7100-000 | $2,626.72 | $0.00 | $0.00 | $0.00 |
| US General Contractors | 7100-000 | $264,398.00 | $0.00 | $0.00 | $0.00 |
| Willowbrook Business Center | 7100-000 | $12,979.37 | $0.00 | $0.00 | $0.00 |
| Yvonne Hardy | 7100-000 | $2,088.66 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $753,566.45 | $363,498.13 | $286,407.88 | $8,688.16 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 11-30689-H5-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | TENSAS SERVICES, INC. | Date Filed (f) or Converted (c): | 07/23/2012 (c) |
| For the Period Ending: | 4/25/2017 | §341(a) Meeting Date: | 08/13/2012 |
| | | Claims Bar Date: | 02/18/2014 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Account Receivables (4 City Construction Co., 1113 Haward Ave., Deer Park, TX 77536 $30,374.69; Alief Youth Association, 12935 Old Richmond Road, Houston, TX 77099 $1,589,260.47) | $1,619,635.16 | $1,619,635.16 | | $306,000.00 | FA |
| Asset Notes: | 10/24/14; #94; Order Granting Chapter 7 Trustee's Application to Compromise Controversy with Alief Youth Association; Will abandon remaining receivables as uncollectible. | | | | | |
| 2 | Machinery, fixtures, equipment and supplies used in business | $4,300.00 | $4,300.00 | | $0.00 | FA |
| Asset Notes: | Will abandon pursuant to 554(c) as burdensome to the Estate | | | | | |
| 3 | Refund of arbitration fee (u) | $0.00 | $0.00 | | $7,662.50 | FA |
| TOTALS (Excluding unknown value) | | $1,623,935.16 | $1,623,935.16 | | $313,662.50 | Gross Value of Remaining Assets $0.00 |

**Major Activities affecting case closing:**

| 09/30/2015 | Settlement reached with arbitration defendant; all payments received by 3rd quarter, 2015. claim objection process ongoing; Estate's final tax return and been prepared and filed. |
|---|---|
| 09/01/2014 | 3rd Qtr (2014) - Attorney for Trustee papering settlement; arbitration postponed; Trustee to review claims for possible objections; case not closeable. |
| 06/30/2014 | 6/30/14; employed Thompson & Knight to pursue litigation claim against Alief Youth ASsociation and Santana Dotson through arbitration proceeding. Arbitration scheduled for three days in late August, 2014. |
| 06/28/2013 | 06/28/2013; Shopping for proposed counsel to pursue Estate's interests in collection and arbitration; case not closeable. |
| 12/30/2012 | Attempted to and will attempt to collect on the $30K A/R to fund the $1/5M mediation/litigation. |

Initial Projected Date Of Final Report (TFR): 03/30/2014   Current Projected Date Of Final Report (TFR): 03/31/2016

/s/ ALLISON D. BYMAN
ALLISON D. BYMAN

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-30689-H5-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | TENSAS SERVICES, INC. | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***3410 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/25/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/06/2014 | (1) | Kristin C Magolan | 10/22/14; #94 | 1129-000 | $50,000.00 | | $50,000.00 |
| 11/18/2014 | 3001 | Thompson & Knight, LLP | 10/22/14; #94 | 3210-000 | | $21,082.22 | $28,917.78 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $62.46 | $28,855.32 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $56.44 | $28,798.88 |
| 01/22/2015 | (1) | Santana Dotson | 10/22/14; #94 | 1129-000 | $50,000.00 | | $78,798.88 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $73.99 | $78,724.89 |
| 02/12/2015 | 3002 | Thompson & Knight, LLP | 10/22/14; #94 | 2990-000 | | $16,750.00 | $61,974.89 |
| 02/12/2015 | 3003 | Thompson & Knight, LLP | 10/22/14; #94 | 2990-000 | | $16,250.00 | $45,724.89 |
| 02/13/2015 | (3) | American Arbitration Association | 10/22/14; #94 | 1229-000 | $7,662.50 | | $53,387.39 |
| 02/23/2015 | (1) | Alief Youth Association | 10/22/14; #94 | 1129-000 | $6,000.00 | | $59,387.39 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $92.60 | $59,294.79 |
| 03/25/2015 | (1) | Alief Youth Association | 10/22/14; #94 | 1129-000 | $6,000.00 | | $65,294.79 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $94.47 | $65,200.32 |
| 04/22/2015 | (1) | AYA Dotson Family Park | 10/22/14; #94 | 1129-000 | $6,000.00 | | $71,200.32 |
| 04/28/2015 | (1) | Fiedlity National Title Agency, Inc. | 10/22/14; #94 | 1129-000 | $188,000.00 | | $259,200.32 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $123.89 | $259,076.43 |
| 05/21/2015 | 3004 | Thompson & Knight, LLP | 10/22/14; #94 | 2990-000 | | $67,980.00 | $191,096.43 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $418.07 | $190,678.36 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $403.93 | $190,274.43 |
| 07/21/2015 | 3005 | Willowbrook Business Center | 06/29/15; #103 | 6920-000 | | $34,189.49 | $156,084.94 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $425.83 | $155,659.11 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $334.06 | $155,325.05 |
| 09/22/2015 | 3006 | LARRY A. VICK | 08/27/15; #111 | 3701-000 | | $15,000.00 | $140,325.05 |
| 09/29/2015 | 3007 | William G. West, PC, CPA | 09/24/15; #113 | * | | $4,978.72 | $135,346.33 |
| | | | Accountant for Trustee Fees    $(4,885.00) | 3410-000 | | | $135,346.33 |
| | | | Accountant for Trustee Expenses    $(93.72) | 3420-000 | | | $135,346.33 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $237.09 | $135,109.24 |
| 10/26/2015 | 3008 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | $54.88 | $135,054.36 |

SUBTOTALS  $313,662.50  $178,608.14

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-30689-H5-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | TENSAS SERVICES, INC. | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***3410 | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/25/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/25/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2015 | 3009 | International Sureties, Ltd. | Blanket Bond Premium | 2300-000 | | $41.98 | $135,012.38 |
| 10/26/2015 | 3009 | VOID: International Sureties, Ltd. | | 2300-003 | | ($41.98) | $135,054.36 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $226.08 | $134,828.28 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $203.53 | $134,624.75 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $217.24 | $134,407.51 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $216.89 | $134,190.62 |
| 02/08/2016 | 3010 | Thompson & Knight | 02/05/16; #118 | * | | $2,836.54 | $131,354.08 |
| | | | Attorney for Trustee Fees    $(2,771.50) | 3210-000 | | | $131,354.08 |
| | | | Attorney for Trustee Expenses    $(65.04) | 6110-000 | | | $131,354.08 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $202.57 | $131,151.51 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $212.08 | $130,939.43 |
| 07/14/2016 | | Internal Revenue Service | Distribution on Claim #: ; | 5300-000 | | $9,517.89 | $121,421.54 |
| 07/14/2016 | | Internal Revenue Service | Distribution on Claim #: ; | 5800-000 | | $2,173.51 | $119,248.03 |
| 07/14/2016 | 3011 | Allison D. Byman | Trustee Compensation | 2100-000 | | $18,933.13 | $100,314.90 |
| 07/14/2016 | 3011 | VOID: Allison D. Byman | | 2100-003 | | ($18,933.13) | $119,248.03 |
| 07/14/2016 | 3012 | Allison D. Byman | Trustee Expenses | 2200-000 | | $61.73 | $119,186.30 |
| 07/14/2016 | 3012 | VOID: Allison D. Byman | | 2200-003 | | ($61.73) | $119,248.03 |
| 07/14/2016 | 3013 | United States Trustee | Final Distribution; Claim No. 24 | 2950-000 | | $1,300.00 | $117,948.03 |
| 07/14/2016 | 3013 | VOID: United States Trustee | | 2950-003 | | ($1,300.00) | $119,248.03 |
| 07/14/2016 | 3014 | Allison D. Byman | Trustee Compensation | 2100-000 | | $18,933.13 | $100,314.90 |
| 07/14/2016 | 3015 | Allison D. Byman | Trustee Expenses | 2200-000 | | $61.73 | $100,253.17 |
| 07/14/2016 | 3016 | United States Trustee | Distribution on Claim #: 24; | 2950-000 | | $1,300.00 | $98,953.17 |
| 07/14/2016 | 3017 | Yolanda Cole | Distribution on Claim #: 6; | 5300-000 | | $1,668.48 | $97,284.69 |
| 07/14/2016 | 3018 | Joseph Culley | Distribution on Claim #: 8; | 5300-000 | | $7,625.47 | $89,659.22 |
| 07/14/2016 | 3019 | Marie Rushlow | Distribution on Claim #: 13; | 5300-000 | | $1,920.20 | $87,739.02 |
| 07/14/2016 | 3020 | Rasamee Teerajaroen | Distribution on Claim #: 16; | 5300-000 | | $2,107.06 | $85,631.96 |
| 07/14/2016 | 3021 | Amon Ponchai | Distribution on Claim #: 17; | 5300-000 | | $2,945.25 | $82,686.71 |
| 07/14/2016 | 3022 | Alfredo Mendoza-Lopez | Distribution on Claim #: 19; | 5300-000 | | $913.77 | $81,772.94 |
| | | | SUBTOTALS | | $0.00 | $53,281.42 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-30689-H5-7 | | Trustee Name: | Allison D. Byman |
|---|---|---|---|---|
| Case Name: | TENSAS SERVICES, INC. | | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***3410 | | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking |
| For Period Beginning: | 1/25/2011 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/25/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/14/2016 | 3023 | Texas Workforce Commission | Distribution on Claim #: ; | 5800-000 | | $643.91 | $81,129.03 |
| 07/14/2016 | 3024 | Internal Revenue Service | Distribution on Claim #: 10; | 5800-000 | | $75,621.13 | $5,507.90 |
| 07/14/2016 | 3025 | Texas Workforce Commission | Distribution on Claim #: 14; | 5800-000 | | $4,445.21 | $1,062.69 |
| 07/14/2016 | 3026 | Harris County, et al | Distribution on Claim #: 1; | 7100-000 | | $2.30 | $1,060.39 |
| 07/14/2016 | 3027 | Cowboy Trucking | Distribution on Claim #: 2; | 7100-000 | | $10.98 | $1,049.41 |
| 07/14/2016 | 3028 | McCauley Lumber Co | Distribution on Claim #: 4; | 7100-000 | | $61.82 | $987.59 |
| 07/14/2016 | 3029 | City Electric Supply | Distribution on Claim #: 5; | 7100-000 | | $217.34 | $770.25 |
| 07/14/2016 | 3030 | Williams Scotsman, Inc | Distribution on Claim #: 7; | 7100-000 | | $2.30 | $767.95 |
| 07/14/2016 | 3031 | H & E Equipment Services, Inc | Distribution on Claim #: 9; | 7100-000 | | $7.45 | $760.50 |
| 07/14/2016 | 3032 | Internal Revenue Service | Distribution on Claim #: 10; | 7100-000 | | $21.75 | $738.75 |
| 07/14/2016 | 3033 | Southern Crushed Concrete | Distribution on Claim #: 12; | 7100-000 | | $89.31 | $649.44 |
| 07/14/2016 | 3034 | Summit Electric Supply Inc | Distribution on Claim #: 15; | 7100-000 | | $10.00 | $639.44 |
| 07/14/2016 | 3035 | Pacesetter Personnel Services | Distribution on Claim #: 18; | 7100-000 | | $405.85 | $233.59 |
| 07/14/2016 | 3036 | Alfredo Mendoza-Lopez | Distribution on Claim #: 19; | 7100-000 | | $3.43 | $230.16 |
| 07/14/2016 | 3037 | Waste Management | Distribution on Claim #: 20; | 7100-000 | | $22.41 | $207.75 |
| 07/14/2016 | 3038 | Chartis Inc. | Distribution on Claim #: 21; | 7100-000 | | $2.87 | $204.88 |
| 07/14/2016 | 3039 | Dorsett Brothers Concrete | Distribution on Claim #: 25; | 7100-000 | | $16.38 | $188.50 |
| 07/14/2016 | 3040 | Empire Advisors, LLC | Distribution on Claim #: 26; | 7100-000 | | $72.34 | $116.16 |
| 07/14/2016 | 3041 | Southern Crushed Concrete LLC | Distribution on Claim #: 27; | 7100-000 | | $89.31 | $26.85 |
| 07/14/2016 | 3042 | America First Insurance Company | Distribution on Claim #: 28; | 7100-000 | | $20.86 | $5.99 |
| 07/14/2016 | 3043 | Southwestern Bell Telephone Company | Distribution on Claim #: 29; | 7100-000 | | $5.99 | $0.00 |
| 07/25/2016 | 3030 | STOP PAYMENT: Williams Scotsman, Inc | Distribution on Claim #: 7; | 7100-004 | | ($2.30) | $2.30 |
| 07/25/2016 | 3031 | STOP PAYMENT: H & E Equipment Services, Inc | Distribution on Claim #: 9; | 7100-004 | | ($7.45) | $9.75 |
| 07/27/2016 | 3038 | VOID: Chartis Inc. | Check returned "undeliverable" | 7100-003 | | ($2.87) | $12.62 |
| 08/03/2016 | 3018 | STOP PAYMENT: Joseph Culley | Distribution on Claim #: 8; | 5300-004 | | ($7,625.47) | $7,638.09 |
| 11/07/2016 | 3020 | STOP PAYMENT: Rasamee Teerajaroen | Distribution on Claim #: 16; | 5300-004 | | ($2,107.06) | $9,745.15 |
| 11/07/2016 | 3021 | STOP PAYMENT: Amon Ponchai | Distribution on Claim #: 17; | 5300-004 | | ($2,945.25) | $12,690.40 |
| | | | SUBTOTALS | | $0.00 | $69,082.54 | |

Page No: 4  Exhibit 9

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-30689-H5-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | TENSAS SERVICES, INC. | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***3410 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | Checking |
| For Period Beginning: | 1/25/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/25/2017 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/06/2016 | 3044 | Rasamee Teerajaroen | Distribution on Claim #: 16; | 5300-000 |  | $2,107.06 | $10,583.34 |
| 12/06/2016 | 3045 | Amon Ponchai | Distribution on Claim #: 17; | 5300-000 |  | $2,945.25 | $7,638.09 |
| 02/08/2017 | 3046 | Clerk, U.S. Banruptcy Court | 02/07/18; #133 | 7100-000 |  | $7,638.09 | $0.00 |
|  |  |  | **TOTALS:** |  | $313,662.50 | $313,662.50 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $0.00 |  |
|  |  |  | Subtotal |  | $313,662.50 | $313,662.50 |  |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 |  |
|  |  |  | Net |  | $313,662.50 | $313,662.50 |  |

For the period of 1/25/2011 to 4/25/2017

| | |
|---|---|
| Total Compensable Receipts: | $313,662.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $313,662.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $313,662.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $313,662.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 11/05/2014 to 4/25/2017

| | |
|---|---|
| Total Compensable Receipts: | $313,662.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $313,662.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $313,662.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $313,662.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5 | Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-30689-H5-7 | Trustee Name: | Allison D. Byman |
|---|---|---|---|
| Case Name: | TENSAS SERVICES, INC. | Bank Name: | GREEN BANK |
| Primary Taxpayer ID #: | **-***3410 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking |
| For Period Beginning: | 1/25/2011 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 4/25/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $313,662.50 | $313,662.50 | $0.00 |

**For the period of 1/25/2011 to 4/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $313,662.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $313,662.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $313,662.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $313,662.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 07/23/2012 to 4/25/2017**

| | |
|---|---|
| Total Compensable Receipts: | $313,662.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $313,662.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $313,662.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $313,662.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ ALLISON D. BYMAN

ALLISON D. BYMAN